# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00249-CR

**Tammy Elsie Mediati, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 33RD DISTRICT COURT OF BURNET COUNTY
### NO. 47815, THE HONORABLE J. ALLAN GARRETT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Counsel for Tammy Elsie Mediati has filed a motion to permanently abate this appeal in light of the fact that, he advises us, Mediati has died. Where, as here, an appellant in a criminal case dies after an appeal is perfected but before the appellate court issues the mandate, the court is to permanently abate the appeal. *See* Tex. R. App. P. 7.1(a)(2). Accordingly, we grant the motion and permanently abate the appeal.

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Kelly

Permanently Abated

Filed: December 18, 2019

Do Not Publish